IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. B-08-540 |
| JUAN FRANCISCO MARTINEZ-AGUILAR | § | |

**ORDER**

BE IT REMEMBERED on this 8th day of September, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed June 03, 2008, wherein the defendant Juan Francisco Martinez-Aguilar waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Juan Francisco Martinez-Aguilar to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Juan Francisco Martinez-Aguilar guilty of the offense of alien, having been previously convicted for illegal entry, did knowingly and willfully enter the United States at a place other than a designated port of entry, in violation of 8 U.S.C. § 1325.

Signed this 8th day of September, 2008.

_____
Andrew S. Hanen
United States District Judge